IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN HART | : | CIVIL ACTION |
| vs. | : | |
| GERALD L. ROSUM, et al. | : | NO. 12-7272 |

**O R D E R**

**AND NOW**, this 3rd day of July, 2013, upon consideration of the Petition for Writ of Habeas Corpus, inclusive of all exhibits thereto, the Commonwealth's two Answers, inclusive of all exhibits thereto, the Petitioner's responses thereto, the other documents filed by the parties, and after review of the Report and Recommendation of Chief United States Magistrate Judge Carol Sandra Moore Wells, it is hereby **ORDERED** that:

1. The objections to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation is **APPROVED AND ADOPTED**;

3. The Petition for a Writ of Habeas Corpus is **DISMISSED**, without an evidentiary hearing;

4. Petitioner has neither shown a denial of federal constitutional right, nor established that reasonable jurists would disagree with this court's disposition of his claims. Consequently, a certificate of appealability is **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE